UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket No.: 3:03cr90BS-001 |
| ) | |
| SHUNTERRIA EDMOND WIGGINS ) | |

FILED MAY 0 1 2006   J. T. NOBLIN, CLERK   SOUTHERN DISTRICT OF MISSISSIPPI

### ORDER TO CHANGE SELF-SURRENDER DATE

Comes now, KEVIN D. WRIGHT, U.S. Probation Officer, before the Honorable Henry T. Wingate, Chief United States District Court Judge, to request a change of self-surrender date in the above-cited case. The original date of self-surrender was Saturday, May 6, 2006, which is a Saturday. It is respectfully requested the self-surrender date be changed to Monday, May 8, 2006.

Based upon the above information, the Court hereby ORDERS :

**SHUNTERRIA EDMOND WIGGINS, Docket Number 3:03cr90BS-001, shall self-surrender to the designated facility by 9:00A.M. on Monday, May 8, 2006.**

So ORDERED THIS THE ___28th___ DAY OF ___April___, 2006.

_____
HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT COURT JUDGE

# United States District Court

**GARY S. MANN**
Chief Probation Officer

**JACKSON OFFICE**
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: **JACKSON**

## SOUTHERN DISTRICT OF MISSISSIPPI



**HATTIESBURG OFFICE**
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

April 28, 2006

The Honorable Henry T. Wingate
Chief United States District Judge
245 East Capitol Street, Suite 109
Jackson, Mississippi 39201

                RE:   WIGGINS, Shunterria Edmond
                        Docket No. 3:03cr90BS-001

Dear Judge Wingate:

      The Bureau of Prisons prefers inmates to report to his/her designated facility Monday through Friday. The original report date on the above offender was set for Saturday, May 6, 2006. The attached order requests the self-surrender date to be changed to Monday, May 8, 2006.

                                                Respectfully yours,

                                                Kevin D. Wright
                                                U.S. Probation Officer

KDW:ms
Attachment